IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE: ASBESTOS LITIGATION | § | |
| PHILIP LAVELLE and his wife, | § | |
| LINDA LAVELLE, | § | No. 307, 2018 |
| | § | |
| Appellants, Plaintiffs-Below, | § | |
| | § | Court Below: |
| v. | § | Superior Court |
| | § | of the State of Delaware |
| FEDERAL-MOGUL ASBESTOS | § | |
| PERSONAL INJURY TRUST AS | § | |
| SUCCESSOR TO FELT-PRODUCTS | § | C.A. No. N16C-03-079 |
| MANUFACTURING COMPANY, | § | |
| | § | |
| Appellee, Defendant-Below. | § | |

Submitted:  March 27, 2019
Decided:     April 4, 2019

Before **VALIHURA**, **SEITZ**, and **TRAYNOR**, Justices.

## **O R D E R**

This 4th day of April, 2019, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Superior Court in its Opinion dated September 19, 2017;

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice